**Order entered March 10, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01272-CR

### SOKHAN SIM, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-82427-2013**

## ORDER

On December 31, 2014, this Court granted appellant a ten-day extension of time to provide proof he had paid for the reporter's record and we ordered court reporter LaTresta Ginyard to file the reporter's record within forty days. On January 29, 2015, we received appellant's verification that he had prepared proof of payment on January 9, 2015, but had inadvertently not filed the proof. Despite the fact that Ms. Ginyard has received payment, to date, she has neither filed the reporter's record nor communicated with the Court regarding the status of the record.

Accordingly, we **ORDER** court reporter LaTresta Ginyard to file the complete reporter's record, including all exhibits admitted into evidence, by **MARCH 31, 2015**. If the complete

reporter's record is not filed by the date specified, the Court will utilize the available remedies, including order that Ms. Ginyard not sit as a court reporter until the record is filed in this appeal.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable John Roach, Jr., Presiding Judge, 296th Judicial District Court; LaTresta Ginyard, court reporter; and to counsel for all parties.

/s/    LANA MYERS
       JUSTICE